UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. RICHARD G. HADNAGY, Defendant. | CASE NO.: 16cr7021 JM<br><br>ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE |
|---|---|

Upon motion of Defendant (Doc. No. 5), and good cause having been shown, IT IS HEREBY ORDERED that the supervised release of Richard G. Hadnagy is terminated effective on the date of this Order.

IT IS SO ORDERED.

DATED: May 8, 2018

By: /s/ Jeffrey T. Miller
JEFFREY T. MILLER
United States District Judge